FILED
October 25, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003856676

1 | PATRICK RIAZI, SB# 224017
**LAW OFFICE OF PATRICK RIAZI**
2 | 1007 Seventh Street, Suite 203
Sacramento, California 95814
3 | Telephone: (916) 442-8400
Facsimile: (916) 442-8444
4 |
Attorneys for Debtor
5 |

6 | UNITED STATES BANKRUPTCY COURT

7 | EASTERN DISTRICT OF CALIFORNIA

8 |

9 | In Re: ) Case Number: 2011-44896
)
10 | JUAN MANUEL MEDRANO ) Docket Control No. PR-1
HERNANDEZ )
11 | ) NOTICE OF MOTION BY DEBTOR
) FOR ORDER OF ABANDONMENT OF
12 | ) DEBTOR'S BUSINESS
)
13 | )
)
14 | ) Date: November 15, 2011
) Time: 9:30 a.m.
) Place: Dept. C/Courtroom 35
15 | )
Debtor )
16 | _____ )

17 |

18 |
    COMES NOW, debtor, JUAN MANUEL MEDRANO HERNANDEZ, who move the
19 |
above-entitled Court for an Abandonment of Debtor's Business known as La Islita Restaurant.
20 |
    1.   JUAN MANUEL MEDRANO HERNANDEZ Ais the debtor in the above-named
21 |
Chapter 7 case.
22 |
    2.   Debtor is the owner of a business known as La Islita Restaurant, located at 2236
23 |
Northgate Blvd., Sacramento, California 95833.
24 |
    3.   Debtor, in Schedule B has listed the value of the business at $15,000.00, the value
25 |
of the furniture at $4,000.00, and the value of the inventory at $1,000.00; all of which has been
26 |

27 | _____
Debtor's Motion for Abandonment
28 | of Debtor's Business                    1

claimed exempt in the Debtor's Schedule C.

4. Debtor has 1 part-time employee but does not have a lease on the premises. Debtor's business is a Mexican Restaurant.

5. As of the date of this Motion, the duly appointed Trustee, John Bell, has not administered such business or the property of such business.

6. Debtors assert that the business known as La Islita Restaurant is therefore of inconsequential value to the estate in that there is no equity in such property in excess of the Debtor's exemptions.

7. Debtor asserts that the obtaining of an Order of Abandonment is in his best interests as it will allow the debtor to protect the business and the property of the business.

WHEREFORE, Debtor request the following relief:

1. An Order of Abandonment of Debtor's interest in the business known as La Islita Restaurant;

2. Such other and further relief as the Court deems just and proper.

Dated: October 25, 2011                 /s/
**PATRICK RIAZI**
Attorney for Debtor